# ELECTRONIC RECORD

COA # 11-13-00146-CR          OFFENSE: 3

STYLE: Jackie Allen Yarbrough v.
The State of Texas          COUNTY: Comanche

COA DISPOSITION: AFFIRMED          TRIAL COURT: 220th District Court

DATE: 09/14/14          Publish: NO    TC CASE #: CR 03544

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jackie Allen Yarbrough
v. The State of Texas          CCA #: PD-1299-14

____PRO SE____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

____REFUSED____          JUDGE: _____

DATE: __02/04/2015__          SIGNED: _____    PC: _____

JUDGE: _____          PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD